# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DONALD SYLVESTER JONES, | : | No. 26 WM 2019 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| FOREST COUNTY COMMON PLEAS COURT, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of July, 2019, the Application for Leave to File Original Process is GRANTED, and the "Motion for Issuance of Writ of Mandamus" and "Motion for Permission to File Reply" are DENIED.